## J. E. Logsdon, Plaintiff-Appellee, v. The Albert Dickinson Company, and James Joseph Abell, Defendant-Appellant.

### Term No. 52–O–5.

Rumsey & Dennis, for appellant; Charles W. Phillips, and Bartley & Karber, for appellee. Opinion by JUSTICE CULBERTSON. Not to be published in full. Opinion filed January 30, 1953; released for publication March 4, 1953.

